# Court of Appeals of the State of Georgia

ATLANTA, February 07, 2019

*The Court of Appeals hereby passes the following order*

**A19D0296. IN THE INTEREST OF D. D., A CHILD (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

17JV1038



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, February 07, 2019.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.